IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELLY D. EBMEYER,** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 3:13-cv-500-JPG-PMF |
| | ) |
| **ZACHARY ROECKMAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff Kelly Ebmeyer's Amended Complaint (Doc. No. 18). The Amended Complaint was filed after Ebmeyer's original pleading was evaluated pursuant to 28 U.S.C. § 1915A. Ebmeyer was allowed to proceed against James Woods on Count 1 and against Zachary Roeckman on Count 2 (Doc. No. 10). Other claims were dismissed without prejudice.

The Amended Complaint has been reviewed under the legal standard that governs initial screening. Ebmeyer has remedied one pleading defect. New factual allegations suggest that Ebmeyer may proceed on Count 3. It appears that Ebmeyer can show that he communicated a specific threat to Woods. He may be able to demonstrate that Woods knew that Ebmeyer faced a risk of substantial harm and failed to take reasonable steps to avert harm. Count 3 should proceed as to James Woods.

Factual allegations supporting the Amended Complaint do not reveal valid reasons for reinstating Count 4 as to Warden Ott or Dr. Kayira. Count 4 pertains to Ebmeyer's concerns regarding the medical care provided during his confinement at Graham Correctional Center. Count 4 is not properly joined in this case. Fed. R. Civ. P. 20(a)(2). The Amended Complaint does not remedy the pleading defects resulting in dismissal of Jerry DeVore and Dale Eddings.

IT IS RECOMMENDED that:

(1).    Count 3 be reinstated as to James Woods.

(2).    Count 4 be dismissed without prejudice.

(3).    Jerry DeVore, Dale Eddings, Warden Ott, and Dr. Kayira be dismissed without prejudice.

**SUBMITTED:**   August 13, 2013   .

　　　　　　　　　　　　　　　　　　　　 s/Philip M. Frazier
　　　　　　　　　　　　　　　　　　　　**PHILIP M. FRAZIER**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**