UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KELLY D. EBMEYER,

    Plaintiff,

  v.

JERRY DEVORE, ZACHARY ROECHMAN, DALE EDDINGS, JAMES WOODS, WARDEN OTT and DR. KAYIRA,

    Defendants.

Case No. 13-cv-500-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 19) of Magistrate Judge Philip M. Frazier recommending that the Court reinstate Count 3 against defendant James Woods, dismiss Count 4 without prejudice, and dismiss the claims against defendants Jerry DeVore, Dale Eddings, Warden Ott and Dr. Kayira without prejudice.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 19);
- **REINSTATES** Count 3 against defendant James Woods;

- **DISMISSES** Count 4 **without prejudice**;

- **DISMISSES** the claims against defendants Jerry DeVore, Dale Eddings, Warden Ott and Dr. Kayira **without prejudice**; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED:   September 13, 2013**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**